CUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS KELLY, JR., | ) | No. 3:21-cv-00021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINDER IN THE |
| vs. | ) | PRE-ANSWER MOTION TO |
| | ) | DISMISS FILED BY THE |
| JUDE PANNELL, TRAVIS NEELD, | ) | CITY DEFENDANTS AND |
| NILES MERCER, DOES 1-10, THE | ) | ADDITIONAL PRE-ANSWER |
| CITY OF IOWA CITY and JOHNSON | ) | MOTION TO DISMISS |
| COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

Jude Pannell and Johnson County hereby join in the Pre-answer Motion to Dismiss filed by Travis Neeld, Niles Mercer, and the City of Iowa City. The City's Motion and Brief clearly set out the claims for which dismissal is proper for Mr. Pannell and Johnson County. Those Counts include:

- III (racial profiling and racial discrimination);
- V (cover-up and malicious prosecution);
- VI (civil conspiracy);
- VII (ratification, maintenance, and deliberate indifference); and,
- XI (negligent hiring, retention, supervision, and intentional infliction of emotional distress).

Rehashing those same arguments anew would not assist the Court in ruling on dismissal.

Mr. Pannell and Johnson County submit additional arguments for dismissal pertaining to: Count V (cover-up and malicious prosecution), all other Counts to the extent based on the alleged cover-up, including Counts VI, VII, VIII, IX, X, and XI; and, Count XII for injunctive relief to the extent based on other the Counts that are dismissed. In accordance with Federal Rule of Civil Procedure 12(b), Mr. Pannell and Johnson County move to dismiss those Counts for the additional reasons further described in the Brief in Support of Pre-Answer Motion to Dismiss.

If the Court grants the Pre-Answer Motion to Strike filed by Mr. Pannell and Johnson County, Count V fails to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6). *See* Fed. R. Civ. P. 12(b)(6). To the extent the other Counts are based on the alleged cover-up, those Counts are also proper for dismissal for the same reasons as Count V. *See id.* Count XII for injunctive relief also fails to state claim upon which relief may be granted to the extent it relies on the other Counts addressed by the City's Motion to Dismiss and this Motion because Plaintiff cannot establish the requisite likelihood of success on the merits – those claims being properly dismissed. *See Powel v. Ryan*, 855 F.3d 899, 902 (8th

Cir. 2017 (citing *Dataphase Sys., Inc. v. C L Sys., Inc.,* 640 F.2d 109, 114 (8th Cir. 1981 (*en banc*)) (pertaining to the requisite likelihood of success on the merits to obtain injunctive relief).

WHEREFORE, Jude Pannell and Johnson County, pray the Court dismiss Count V; dismiss all other Counts to the extent they rely on an alleged cover-up, including Counts VI, VII, VIII, IX, X, and XI; dismiss Count XIII to the extent injunctive relief is sought for dismissed claims; and for further relief as this Court deems just and proper.

/s/ Robert M. Livingston
Robert M. Livingston, #AT0004728
STUART TINLEY LAW FIRM LLP
310 W. Kanesville Blvd., 2nd Floor
Council Bluffs, Iowa  51503
Direct #712.828.7840
Telephone: 712.322.4033
Facsimile: 712.322.6243
Email: rlivingston@stuarttinley.com

Kristopher K. Madsen  #AT0004969
STUART TINLEY LAW FIRM LLP
310 W. Kanesville Blvd., 2nd Floor
Council Bluffs, Iowa  51503
Direct #712.828.7838
Telephone: 712.322.4033
Facsimile: 712.322.6243
Email: kmadsen@stuarttinley.com
ATTORNEYS FOR DEFENDANTS
JUDE PANNELL AND JOHNSON
COUNTY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of May, 2021, the above and foregoing document was electronically filed with the Clerk of the Court using the ECF system, service being made by ECF upon the following:

Aaron Marr Page
Clark Grove PLLC
PO Box 294
Iowa City, IA  52244
Aaron@clarkgrove.com
ATTORNEY FOR PLAINTIFF

Wilford H. Stone
Nathan M. Kooker
Lynch Dallas, P.C.
526 Second Avenue SE
Cedar Rapids, IA  52406
ATTORNEYS FOR DEFENDANTS
TRAVIS NEELD AND NILES MERCER

Elizabeth J. Craig
Susan Dulek
Assistant City Attorney
410 E. Washington Street
Iowa City, IA  52240
icattorney@iowa-city.org
ATTORNEY FOR DEFENDANT
CITY OF IOWA CITY

   /s/ Robert M. Livingston