IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CHRIS KELLY, | ) |
| | ) Case No.   3:21-CV-00021-SMR-SBJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NILES MERCER, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO CONTINUE**
**UNRESISTED**
**TELEPHONIC HEARING REQUESTED**

Through counsel, Plaintiff moves to continue the trial date and requests a telephonic hearing to address the same. In support, Plaintiff states:

1. Trial in this matter is set for March 6.  Pretrial is set for February 1, 2023 at 1:30pm.

2. The Parties proposed final pretrial order is due January 27, 2023.

3. For good cause shown, Mr. Kelly's primary basis for continuance is that he is currently incarcerated at the Anamosa State Penitentiary.  Iowa Department of Corrections Records reflect that his tentative discharge date is August 30, 2023.  A continuance would allow Mr. Kelly's personal appearance at the trial.  Otherwise, Mr. Kelly would have to either be absent or appear by videoconferencing from the Anamosa State Penitentiary.

1

4. Additionally, summary judgment proceedings remain pending. A continuance would preserve judicial resources and promote judicial economy to allow the Parties to know the outcome of summary judgment proceedings prior to extensive trial preparations.

5. Finally, it is Counsel's understanding that perhaps that the Court will not be able to do a trial for the week of March 6.

6. No prior continuances have been sought.

7. Counsel for all Defendants do not object to this request.

8. If granted, Parties request a short telephonic status conference before either Honorable Magistrate Judge Jackson or before the Honorable District Court Judge Stephanie Rose to address trial scheduling.

For the above reasons, Plaintiff moves for an order to continue trial and requests a short telephonic status conference to address the same.

    RESPECTFULLY SUBMITTED,

    /s/ Rockne Cole

    _____
    ROCKNE O. COLE
    Cole Law Firm, PC
    209 E. Washington, Ste. 305
    Iowa City, IA  52240
    (319)519-2540
    (319)359-4009   **FAX**
    rocknecole@gmail.com
    Iowa Pin AT167
    **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

/s/ Rockne Cole

_____